**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

```
DANNY L. LORD,                     )    No. EDCV 07-895 CW
                                   )
            Plaintiff,             )    JUDGMENT
                                   )
       v.                          )
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner, Social Security      )
Adminstration,                     )
                                   )
            Defendant.             )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED:   May 29, 2008


                                    _____/s/_____
                                         CARLA M. WOEHRLE
                                    United States Magistrate Judge